THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv122

MARY JOAN DICKSON, a/k/a            )
MARY JOAN DICKSON-BURGIN,           )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )       **O R D E R**
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Defendant.              )
_____)

**THIS MATTER** is before the Court *sua sponte*.

On June 4, 2012, the Plaintiff filed her Complaint and an Application to proceed without having to prepay the costs associated with prosecuting the matter. [Doc. 1, 2]. On June 11, 2012, the Court denied the Plaintiff's Application to proceed *in forma pauperis* and gave the Plaintiff thirty (30) days to filed an amended application. [Doc. 3]. The Plaintiff filed her Amended Application on July 3, 2012. [Doc. 4]. On August 2, 2012, the Court found that the Plaintiff had sufficient resources from which to pay the filing fee for this action and denied her Application. [Doc. 5]. The Plaintiff was given thirty (30) days to pay the required filing fee. The Plaintiff further was warned: "**Failure to pay the required filing fee will result in the dismissal of this**

**action**." [Id. at 2]. More than thirty (30) days have now passed since the entry of the Court's Order, and the Plaintiff has failed to pay the filing fee as required.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 5, 2012

Martin Reidinger
United States District Judge