# United States District Court
# For The Western District of North Carolina
# Asheville Division

Mary Joan Dickson ,

    Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                    1:12-cv-00122

United States of America ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/5/12 Order.

                                               Signed: September 5, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court